# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY ANN HARJO,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>        Defendant. | Case No. CIV-07-131-RAW |

## ORDER

On August 4, 2008, Magistrate Judge West entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff. On August 18, 2008, Plaintiff filed a timely objection to the Magistrate Judge's Report and Recommendation, contending, *inter alia*, that the Magistrate Judge's Report and Recommendation is not supported by substantial evidence.

Upon full consideration of the entire record and the issues herein, this Court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. The Magistrate Judge's recommendation to affirm the ALJ is well-supported. As a result, Plaintiff's objections to the Report and Recommendation are therefore overruled. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as

this Court's Findings and Order. The decision of the Commissioner is affirmed.

It is so ORDERED this ___29th___ day of September, 2008.

_____
**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**