# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

TAMMY ANN HARJO,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

Case No. CIV-07-131-RAW

## **JUDGMENT**

This action has come before the Court for consideration, and an Order affirming the decision of the Commissioner has been entered. Judgment for Defendant and against Plaintiff is hereby entered pursuant to the Court's Order.

IT IS SO ORDERED this   29th   day of September, 2008.

_____
**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**